UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CRIMINAL ACTION NO. 03-18

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                                    **ORDER**

GARY STURGILL,                                                                                          DEFENDANT

\* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the Defendants' Supervised Release violation Report filed by the United States Probation Office and the Report and Recommendation [DE #185] made by the United States Magistrate Judge with no objection having been filed. Accordingly, the Court, having examined the record and having made a *de novo* determination, is in agreement with the Magistrate Judge's report and recommendation.

Therefore, the Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that

(1) the Magistrate Judge's Report and Recommendation [DE #185] is ADOPTED as and for the opinion of the Court;

(2) the Defendant's supervised release is REVOKED and shall remain in custody of the Bureau of Prisons for a term of seven (7) months.

(3) The Defendant's imprisonment shall be followed by a new term of supervised release expiring on April 27, 2008. The supervised release shall have the same conditions that currently exist.

This the 31st day of May, 2006.



**Signed By:**

***Karen K. Caldwell*** *KKC*

**United States District Judge**